**Order entered July 30, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00440-CV

**OBSIDIAN SOLUTIONS, LLC F/N/A ARCO IDEAS, LLC, Appellant**

**V.**

**KBIDC INVESTMENTS, LLC, Appellee**

### On Appeal from the 14th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-17-10092

### ORDER

We **DENY** the April 9, 2020 Plea to the Jurisdiction filed by Obsidian Solutions, LLC f/n/a ARCO Ideas, LLC, and the April 17, 2020 Motion to Strike filed by KBIDC Investments, LLC.

/s/     AMANDA L. REICHEK
        JUSTICE